**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

MICHAEL T. D. REYNOLDS,

    Plaintiff,

v.                                                                               Case No. 20-10891

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT**

    In accordance with the court's Opinion and Order dated August 27, 2021,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant Commissioner of Social Security and against Plaintiff Michael T.D. Reynolds.

Dated at Port Huron, Michigan this 27th day of August, 2021.

                                                     KINIKIA ESSIX
                                                     CLERK OF THE COURT

                                                     BY: S/Lisa Wagner

Dated: August 27, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 27, 2021, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner_____/
                                                     Case Manager and Deputy Clerk
                                                     (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-10891.REYNOLDS.judgment.AAB.docx